No. 300, Misc. D'AGOSTINO *v.* MASSACHUSETTS. Supreme Judicial Court of Massachusetts. Certiorari denied.

No. 346, Misc. JORDAN *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 400, Misc. JONES *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 410, Misc. WILSON *v.* MURPHY, WARDEN, ET AL. Court of Appeals of New York. Certiorari denied.

No. 153, Misc. CISNEROS *v.* CALIFORNIA; and
No. 363, Misc. DITSON *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se* in No. 153, Misc. *Hugh R. Manes* for petitioner in No. 363, Misc. *Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Gordon Ringer,* Deputy Attorney General, for respondent in both cases.

No. 176, Misc. JONES *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Philip R. Monahan* for the United States.